# EXHIBIT B

# IN THE STATE COURT OF FULTON COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| CHRISTOPHER LIGHTFOOT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGIA-PACIFIC WOOD PRODUCTS )<br>LLC, GEORGIA-PACIFIC LLC, )<br>*individually and as successor-in-interest to* )<br>GEORGIA-PACIFIC CORPORATION, )<br>WEYERHAEUSER COMPANY, )<br>WEYERHAEUSER NR COMPANY, )<br>LOWE'S HOME CENTERS, LLC (NC), )<br>and JOHN DOE 1, )<br>)<br>Defendants. ) | CIVIL ACTION<br>FILE NO. 16EV000075 |

## NOTICE TO THE COURT OF FILING OF NOTICE OF REMOVAL OF DEFENDANTS GEORGIA-PACIFIC WOOD PRODUCTS LLC AND GEORGIA-PACIFIC LLC

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Georgia-Pacific Wood Products LLC and Georgia-Pacific LLC have filed, this day, in the United States District Court for the Northern District of Georgia, Atlanta Division, Defendants Georgia-Pacific Wood Products LLC's and Georgia-Pacific LLC's Notice of Removal, a true and correct copy of which is attached hereto as Exhibit "A." Pursuant to 28 U.S.C. §1446(d), the above-styled action is now removed and the State Court of Fulton County, Georgia shall proceed no further unless the case is remanded.

-1-

Respectfully submitted, this 15th day of February, 2016.

                s/Anita Wallace Thomas
Anita Wallace Thomas
Georgia Bar No. 733628
Richard K. Hines, V
Georgia Bar No. 356300
Nelson Mullins Riley & Scarborough LLP
201 17th Street, NW
Suite 1700
Atlanta, GA 30363
PH: (404) 322-6000
FX: (404) 322-6050
anita.thomas@nelsonmullins.com
richard.hines@nelsonmullins.com

Mary K. McLemore
Georgia Bar No. 496922
133 Peachtree Street N.E.
Atlanta, GA 30303
PH: (404) 652-4598
FX: (404) 584-1461
mkmclemo@gapac.com

Attorneys for Defendants Georgia-Pacific Wood Products LLC and Georgia- Pacific LLC

-2-

Case 7:16-cv-00244-FL   Document 1-2   Filed 02/15/16   Page 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2016, I electronically filed the foregoing NOTICE TO THE COURT OF FILING OF NOTICE OF REMOVAL OF DEFENDANTS GEORGIA-PACIFIC WOOD PRODUCTS LLC AND GEORGIA-PACIFIC LLC using the Odyssey eFile GA system, which will automatically send a service copy on all counsel of record:

Robert C. Buck
Buck Law Firm
1050 Crown Pointe Parkway
Suite 940
Atlanta, Georgia 30338

Stephanie B. Sherman
Allen Stewart, P.C.
325 N. St. Paul Street
Suite 4000
Dallas, Texas 75201

This 15th day of February, 2016.

                                                <u>s/Anita Wallace Thomas</u>
                                                Anita Wallace Thomas
                                                Georgia Bar No. 733628