# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER LIGHTFOOT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) FILE NO. _____ |
| | ) |
| GEORGIA-PACIFIC WOOD | ) |
| PRODUCTS LLC, GEORGIA-PACIFIC | ) |
| LLC, *individually and as successor-in-* | ) |
| *interest to* GEORGIA-PACIFIC | ) |
| CORPORATION, WEYERHAEUSER | ) |
| COMPANY, WEYERHAEUSER NR | ) |
| COMPANY, LOWE'S HOME CENTERS, | ) |
| LLC (NC), and JOHN DOE 1, | ) |
| | ) |
| Defendants. | ) |

## CONSENT TO REMOVAL OF WEYERHAEUSER COMPANY AND WEYERHAEUSER NR COMPANY

COME NOW Defendants Weyerhaeuser Company and Weyerhaeuser NR Company, named defendants in the above-captioned action, by and through the undersigned, with full reservation of all rights and defenses -- and without making a general appearance -- and hereby consents to the removal of Civil Action No. 16EV000075, currently pending in the State Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1441, et seq.

This 12th day of February, 2016.

Respectfully submitted,

/s/ Joshua J. Metcalf
Joshua J. Metcalf
Counsel for Weyerhaeuser Company and
Weyerhaeuser NR Company

2