# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LIGHTFOOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | FILE NO. _____ |
| | ) | |
| GEORGIA-PACIFIC WOOD | ) | |
| PRODUCTS LLC, GEORGIA-PACIFIC | ) | |
| LLC, *individually and as successor-in-* | ) | |
| *interest to* GEORGIA-PACIFIC | ) | |
| CORPORATION, WEYERHAEUSER | ) | |
| COMPANY, WEYERHAEUSER NR | ) | |
| COMPANY, LOWE'S HOME CENTERS, | ) | |
| LLC (NC), and JOHN DOE 1, | ) | |
| | ) | |
| Defendants. | ) | |

## LOWE'S HOME CENTERS, LLC (NC)'S CONSENT TO REMOVAL

COMES NOW Defendant Lowe's Home Centers, LLC (NC), a named defendant in the above-captioned action, by and through the undersigned, with full reservation of all rights and defenses -- and without making a general appearance -- and hereby consents to the removal of Civil Action No. 16EV000075, currently pending in the State Court of Fulton County, Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to 28 U.S.C. §§ 1441, et seq.

This _//_ day of February, 2016.

K. Marc Barré, Jr.
Georgia Bar No. 039555
Attorney for Lowe's Home Centers, LLC
(NC)
Swift, Currie, McGhee & Hiers, LLP
1355 Peachtree Street, N.E., Suite 300
Atlanta, GA 30309
(404) 874-8800
(404) 888-6199 [facsimile]

2