# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER LIGHTFOOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | FILE NO. _____ |
| ) | |
| GEORGIA-PACIFIC WOOD ) | |
| PRODUCTS LLC, GEORGIA-PACIFIC ) | |
| LLC, *individually and as successor-in-* ) | |
| *interest to* GEORGIA-PACIFIC ) | |
| CORPORATION, WEYERHAEUSER ) | |
| COMPANY, WEYERHAEUSER NR ) | |
| COMPANY, LOWE'S HOME CENTERS, ) | |
| LLC (NC), and JOHN DOE 1, ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF MARK BERRY

I, Mark Berry, first being sworn under oath, depose and say:

1. My name is Mark Berry. I am over 18 years of age and competent to testify in court. The information contained in this Affidavit is based upon my personal knowledge.

2. I am employed by Georgia-Pacific LLC ("Georgia-Pacific") as Senior Counsel for Corporate Governance. I have knowledge of the corporate structure of Georgia-Pacific and its related entities.

3. Georgia-Pacific Wood Products LLC ("GPWP") is a limited liability company organized under the laws of the State of Delaware.

4. GP Building Products Operations LLC, a Delaware limited liability company, is the sole member of GPWP.

5. The members of GP Building Products Operations LLC are GPBP Equity Investor I LLC, a Delaware limited liability company; GPBP Equity Investor II LLC, a Delaware limited liability company; GPBP Equity Investor III LLC, a Delaware limited liability company; GPBP Equity Investor IV LLC, a Delaware limited liability company; GPBP Equity Investor V LLC, a Delaware limited liability company; GPBP Equity Investor VI LLC, a Delaware limited liability company; and GPBP Equity Investor VII LLC, a Delaware limited liability company.

6. GPBP Equity Holdings LLC, a Delaware limited liability company, is the sole member of GPBP Equity Investor I LLC, GPBP Equity Investor II LLC, GPBP Equity Investor III LLC, GPBP Equity Investor IV LLC, GPBP Equity Investor V LLC, GPBP Equity Investor VI LLC, and GPBP Equity Investor VII LLC.

7. Georgia-Pacific, a limited liability company organized under the laws of the State of Delaware, is the sole member of GPBP Equity Holdings LLC.

8. Georgia-Pacific Holdings, LLC, a Delaware limited liability company, is the sole member of Georgia-Pacific.

9. Georgia-Pacific Equity Holdings LLC, a Delaware limited liability company, is the sole member of Georgia-Pacific Holdings, LLC.

10. Koch Renewable Resources, LLC, a Delaware limited liability company, is the sole member of Georgia-Pacific Equity Holdings, LLC.

11. Koch Industries, Inc. is the sole member of Koch Renewable Resources, LLC.

12. Koch Industries, Inc. is incorporated in the State of Kansas.

13. Koch Industries, Inc.'s executive officers direct, control, and coordinate Koch Industries, Inc.'s from its corporate headquarters in Wichita, Kansas.

FURTHER AFFIANT SAYETH NOT.

_____
Mark Berry
Senior Counsel for Corporate Governance

Sworn to and subscribed before me
on this 10th day of February, 2016

_____
NOTARY PUBLIC

My Commission Expires: September 26, 2016

3