IN THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LIGHTFOOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | FILE NO. 7:16-CV-00244-FL |
| | ) | |
| | ) | AMENDED CASE MANAGEMENT |
| | ) | ORDER |
| | ) | |
| GEORGIA-PACIFIC WOOD | ) | |
| PRODUCTS LLC, et al. | ) | |
| Defendants. | ) | |

## AMENDED CASE MANAGEMENT ORDER

Pursuant to the Federal Rules of Civil Procedure and the Case Management Order in this case, Defendant Weyerhaeuser Company submitted an unopposed motion to modify the current Case Management Order. Dkt. 76. Upon consideration of the motion, Weyerhaeuser's motion to modify the Case Management Order's deadlines is granted, and the case schedule is now as follows. The remaining deadlines in the Case Management Order remain the same.

| | |
|---|---|
| Fact Discovery Deadline: | May 1 |
| Plaintiffs Experts' Reports Deadline: | June 1 |
| Plaintiffs Expert Depo. Deadline: | July 1 |
| Defendants Experts' Reports Deadline: | Aug. 1 |
| Defendants Expert Depo. Deadline: | Sept. 1 |

This the 1st day of March, 2017.

_____
**LOUISE W. FLANAGAN**
**United States District Judge**