# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LIGHTFOOT, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | FILE NO. 7:16-cv-00244-FL |
| GEORGIA-PACIFIC WOOD | : | |
| PRODUCTS LLC, et al | : | |
| Defendants. | : | |

## THIRD AMENDED CASE MANAGEMENT ORDER

Pursuant to the Federal Rules of Civil Procedure and Case Management Orders entered in this case, Plaintiff Christopher Lightfoot submitted an unopposed motion to modify the Second Amended Case Management Order entered on June 27, 2017 (Dkt. 112), Amended Case Management Order entered on March 1, 2017 (Dkt. 89) and Case Management Order entered on September 27, 2016 (Dkt. 76). Plaintiff's unopposed motion is granted, and the case schedule is now as follows.

**Defense Experts' Depo. Deadline:**     **November 6, 2017**

***Daubert* motions:**     **December 1, 2017 [no change]**

**Dispositive motions**     **30 days after the Court's ruling on
                            *Daubert* motions [no change]**

This the 2nd day of _____October_____, 2017.



_____
Louise W. Flanagan
United States District Judge