IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:16-CV-244-FL

| | |
|---|---|
| CHRISTOPHER LIGHTFOOT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGIA-PACIFIC WOOD )<br>PRODUCTS, LLC; GEORGIA-PACIFIC )<br>LLC individually and as successor-in- )<br>interest to Georgia-Pacific Corporation; )<br>WEYERHAUSER COMPANY; )<br>WEYERHAUSER NR COMPANY; )<br>LOWE'S HOME CENTERS, LLC (NC); )<br>and JOHN DOE #1, )<br>)<br>Defendants. ) | ORDER |

This matter is before the court on motion (DE 172) by defendant Georgia-Pacific Wood Products, LLC, and defendant Weyerhauser Company to disregard plaintiff's brief filed at DE 171. Upon review of the motion and response, and consideration of the record in this case, the instant motion is DENIED. However, the court allows defendants an additional 14 days from the date of this order to file a reply in support of their motion at DE 149 and in light of plaintiff's response now filed at DE 171.

SO ORDERED, this the 3rd day of April, 2018.

                                                       _____
                                                       LOUISE W. FLANAGAN
                                                       United States District Judge