UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-00244-FL

| | |
|---|---|
| CHRISTOPHER LIGHTFOOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 7:16-CV-00244-FL |
| ) | |
| GEORGIA-PACIFIC WOOD ) | |
| PRODUCTS LLC, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Having considered Defendant Weyerhaeuser NR's Unopposed Motion for Summary Judgment requesting that Plaintiff's claims against it be dismissed in their entirety, and entering judgment as a matter of law in favor of Weyerhaeuser NR, the Court orders as follows:

Defendant's Motion is hereby GRANTED.

SO ORDERED, this the __17th__ day of __April__, 2018.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NORTH CAROLINA

1