UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CHRISTOPHER LIGHTFOOT,   )
       Plaintiff,   )
           )
v.          )  **JUDGMENT**
           )  No. 7:16-CV-244-FL
GEORGIA-PACIFIC WOOD PRODUCTS, )
LLC; GEORGIA-PACIFIC LLC  )
individually and as successor-in-interest to )
Georgia-Pacific Corporation; and )
WEYERHAEUSER COMPANY,  )
       Defendants. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 21, 2020, and for the reasons set forth more specifically therein, that defendants' motions for summary judgment are granted.

**This Judgment Filed and Entered on February 21, 2020, and Copies To:**
Allen M. Stewart / Gary Shipman / James Moore / Lee Lesher / Robert Buck / Scott Frieling (via CM/ECF Notice of Electronic Filing)
Anita Thomas / Christopher Jackson / Leslie Packer / Mary McLemore / Richard Vines, V / Preetha Rini (via CM/ECF Notice of Electronic Filing)
Iva Gustafson / J. Nicholas Ellis / Joshua Metcalf / Lucille Andres / Ruth Maron / Alison McMinn / Amorya M. Orr / Tanya Ellis/ Thomas Buckley / Thomas York (via CM/ECF Notice of Electronic Filing)

February 21, 2020    PETER A. MOORE, JR., CLERK

            /s/ Sandra K. Collins
          (By) Sandra K. Collins, Deputy Clerk