UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER LIGHTFOOT, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **AMENDED JUDGMENT** |
| | ) | No. 7:16-CV-244-FL |
| GEORGIA-PACIFIC WOOD PRODUCTS, | ) | |
| LLC; GEORGIA-PACIFIC LLC | ) | |
| individually and as successor-in-interest to | ) | |
| Georgia-Pacific Corporation; and | ) | |
| WEYERHAEUSER COMPANY, | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered February 21, 2020 and April 30, 2020, and for the reasons set forth more specifically therein, that defendants' motions for summary judgment are granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendants Georgia-Pacific LLC and Georgia-Pacific Wood Products, LLC [DE-232] are awarded (1) $400.00 in costs pursuant to § 1920(1); (2) $19,519.34 in costs pursuant to § 1920(2) and (3) $264.83 pursuant to § 1920(4). Further, as a prevailing party, defendant Weyerhauser Company is awarded (1) $15,480.80 in costs pursuant to §1920(2) and (2) of $2,889.78 in costs pursuant to § 1920(4).

**This Amended Judgment Filed and Entered on May 1, 2020, and Copies To:**
Allen M. Stewart / Gary Shipman / James Moore / Lee Lesher / Robert Buck / Scott Frieling (via CM/ECF Notice of Electronic Filing)
Anita Thomas / Christopher Jackson / Leslie Packer / Mary McLemore / Richard Vines, V / Preetha Rini (via CM/ECF Notice of Electronic Filing)
Iva Gustafson / J. Nicholas Ellis / Joshua Metcalf / Lucille Andres / Ruth Maron / Alison McMinn / Amorya M. Orr / Tanya Ellis/ Thomas Buckley / Thomas York (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| May 1, 2020 | PETER A. MOORE, JR., CLERK |
| | |
| | _/s/ Sandra K. Collins_____ |
| | (By) Sandra K. Collins, Deputy Clerk |