FILED: July 14, 2021

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 20-1334
(7:16-cv-00244-FL)

_____

CHRISTOPHER LIGHTFOOT

        Plaintiff - Appellant

v.

GEORGIA-PACIFIC WOOD PRODUCTS, LLC; GEORGIA-PACIFIC LLC,
individually and as successor-in-interest to Georgia-Pacific Corporation;
WEYERHAEUSER COMPANY

        Defendants - Appellees

 and

WEYERHAEUSER NR COMPANY; LOWE'S HOME CENTERS, LLC (NC);
JOHN DOE #1

        Defendants

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district

court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK